| Date | Pleading Number | |
|---|---|---|
| 11/13/74 | 1. | MOTION -- of defendant Mustang Aviation, Inc. w/supporting memorandum affidavit of service and complaint of A-2. REQUESTED TRANSFEREE FORUM: N.D. Texas |
| 11/22/74 | 2. | RESPONSE -- Plaintiff CROCE. ET AL, w/AFFIDAVIT and Cert. of Service |
| 11/26/74 | | MOVANT's SUPPLEMENTAL CERTIFICATE OF SERVICE |
| 1/23/75 | | HEARING ORDER-Setting for hearing in Phoenix, Arizona January 24, 1974 A-1 and A-2 (Mailed 4) |
| 1/13/75 | 3 | AMENDMENT TO MOTION -- Movant Mustang Aviation, Inc., to add B-1 and B-2 w/cert. of service |
| 1/14/75 | | AMENDMENT TO HEARING ORDER FILED ON JAN. 3, 1975 to include B-1 and B-2. Notified counsel |
| 1/17/75 | | CORRECTION ORDER -- to delete Jan. 25, 1975 on HEARING ORDER filed on Jan. 3, 1975 and to insert Jan. 24, 1975. |
| 1/22/75 | 4 | LETTER -- BROMLEY CORPORATION (Stating no opposition to transfer) |
| 1/23/75 | 5. | TELEGRAM -- City of Natchitoches opposing motion by Mustang Aviation. (Filed in Phoenix, Arizona before hearng.) |
| 1/27/75 | 6 | RESPONSE -- Beech Aircraft Corp., w/cert. of service. |
| 3/11/75 | | OPINION AND ORDER denying transfer of the actions pursuant to 28 U.S.C. §1407 |
| 10/28/75 | 7 | MOTION-BRIEF-AFFIDAVIT -- To transfer action pursuant to 28 U.S.C. §1407 UNITED STATES OF AMERICA SUGGESTED TRANSFEREE FORUM: WESTERN DISTRICT OF LOUISIANA |
| 11/5/75 | 8 | RESPONSE -- CROCE, MUEHLEISEN ESTELL AND ADOLPH RAST w/cert. of service |
| 11/11/75 | | APPEARANCES -- P. S. Edelman for Pltfs. Rast, Croce & Muehleisen S. E. Loggans for Pltf. Cortese R. D. Batson for United States of America E. Jericho for Def. Bromley Corp. (pending in N.D. Texas) L. W. Anderson for Mustang Aviation (pending in N.D.Texas) |
| 11/11/75 | | HEARING ORDER -- Setting C-1 through C-4 for Hearing, December 12, 1975, Philadelphia, Penna. |
| 11/18/75 | | APPEARANCES -- W. P. Crews for City of Natchitoches (in W.D.La.) G. D. Smith for Intervenor Pltf. Industrial Indemnity (in N.D. Texas) |
| 2/10/76 | | CONSENT OF TRANSFEREE COURT -- for Judge Benjamin C. Dawkins, Jr. to handle litigation in the W.D. of Louisiana |
| 2/10/76 | | OPINION AND ORDER --transferring actions to the W.D. Louisiana for assignment to Benjamin C. Dawkins, Jr. for coordinated or consolidated pretrial proceedings. |
| 2/19/76 | | ERNESTINE STEVENS, ETC V. U.S.A.D. COLO. Civil action No. 75-A-1247 CTO MAILED TODAY. COPY SENT TO JUDGES AND COUNSEL INVOLVED |
| 3/5/76 | | ERNESTINE STEVENS, ETC. V. U.S.A. D. COLORADO CA NO. 75-A-1247 CTO FINAL TODAY. NOTIFIED CLERKS AND INVOLVED JUDGES. |
| 4/12/76 | | ADOLPH RAST, ET AL. V. U.S.OF AMERICA C.D. CALIF. 75-1902 CTO filed today. Notified involved counsel and judges |
| 4/27/76 | | ADOLPH RAST, ET AL V. U.S. OF AMERICA C.D. CALIF. 75-1902 CTO final today. notified involved clerks and judges |

Description of Litigation

## IN RE AIR CRASH DISASTER NEAR NATCHITOCHES PARISH, LOUISIANA, ON SEPTEMBER 20, 1973

Summary of Panel Action

Date(s) of Hearing(s): 12/12/75
Date(s) of Opinion(s) or Order(s):
Consolidation Ordered: ✓ 2/10/76    Name of Transferee Judge: Benjamin C. Dawkins, Jr.
Consolidation Denied: XXXXX 3/11/75   Transferee District: W.D. Louisiana

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Donna M. Merritt, etc. v. The Bromley Corp. d/b/a Roberts Airways, et al. | W.D.La. Dawkins | 74-858 | -7/2/75 | | | |
| A-2 | Ingrid Croce, et al. v. The Bromley Corp., et al. | N.D.Tex. Hughes | 3-74-843-B | | | | |
| B-1 | Ingrid Croce, etc. v. City of Natchitoches, et al. | W.D. La. Dawkins | 74-884 | | | | 1/13/75 Amend Motion |
| B-2 | Linda Cortese, Etc. v. Beech Aircraft Corp | N.D.Ill Bauer | 73C2683 | DISMISSED BY STIPULATION 1/23/75 | | | 1/13/75 Amend Motion |

DOCKET NO. 193 (CONTINUED)                                          PAGE 2

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-1 ✓ | Adolph Rast, et al. v. United States of America | N.D.Ill. DECKER | 75C-2787 | 2-10-75 | 76-0302 | 4/19/79 | |
| C-2 ✓ | Linda Cortese, etc. v. United States of America | N.D.Ill. WILL | 75C-2786 | 2-10-75 | 76-0301 | 4/19/79 | |
| C-3 ✓ | Ingrid Croce, etc. v. United States of America | C.D.Cal. ~~Hauk~~ CURTIS | 75-1939-~~AAH~~ | JWC 2/10-75 | 76-0228 | 4/19/79 | ✓ |
| C-4 ✓ | Maurice J. Muehleisen, et al. v. United States of America | N.J. Fisher | 75-765 | 2-10-75 | 76-0310 | 4/19/79 | |
| D-1 | Ernestine Stevens, etc. v. U.S.A.  2/17/76 | D.Colo. Arraj | 75-A-1247 | 3/5/76 | 76-0394 | 7/5/78 | |
| D-2 ✓ | Adolph Rast, et al. v. USA  4/12/76 | C.D. Cal. Curtis | 75-1902 | 4/27/76 | 76-0507 | 4/19/79 | ✓ |

CERTIFIED CORRECT
JULY 1976

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| XYZ-1 | Ingrid Croce, etc. v. City of Natchitoches | W.D.La. | 74-884 ✓ | | | 4/19/79 | |

Certified
July 1977    6 D
             1 XYZ

✓ actions trans. under th. July 1978   7 pg
§1400(9) 10/13/78 J. Dawkins order;
July 1979 Closed

```
                                    Prepared:  Nov. 11, 1975
                                    Revised:   Nov. 18, 1975
                                                        p. _____
```

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 193 -- IN RE AIR CRASH DISASTER NEAR NATCHITOCHES PARISH, LOUISIANA, ON SEPTEMBER 20, 1973

| Plaintiff | Defendant |
|---|---|
| ADOLPH RAST, ET AL. (C-1)<br>INGRID CROCE, ETC. (C-3)<br>MAURICE J. MUEHLEISEN, ET AL. (C-4)<br>Paul S. Edelman, Esquire<br>Kreindler & Kreindler<br>99 Park Avenue<br>New York, New York  10016 | UNITED STATES OF AMERICA<br>Robert D. Batson, Esquire<br>Department of Justice<br>Civil Division, Aviation Unit<br>906 Safeway Building<br>Washington, D.C.  20530 |
| LINDA CORTESE, ETC. (C-2)<br>Susan E. Loggans, Esquire<br>Philip H. Corboy & Associates<br>33 North Dearborn Street<br>Chicago, Illinois  60602 | DEFENDANT IN RELATED LITIGATION PENDING IN W.D. LOUISIANA<br>CITY OF NATCHITOCHES, LA.<br>William P. Crews, Jr., Esquire<br>Watson, Murchison, Crews & Arthur<br>Post Office Box 226<br>Natchitoches, Louisiana  71457 |
| INTERVENOR IN LITIGATION PENDING IN N. D. TEXAS<br>INDUSTRIAL INDEMNITY<br>G. Duffield Smith, Jr., Esquire<br>Gardere, Porter & DeHay<br>17th Floor, Republic National<br>  Bank Bldg.<br>Dallas, Texas  75201 | DEFENDANTS IN RELATED LITIGATION PENDING IN N.D. TEXAS<br><br>BROMLEY CORPORATION d/b/a<br>  ROBERTS AIRWAYS<br>Eugene Jericho, Esquire<br>1200 One Main Place<br>Dallas, Texas  75250 |
| ERNESTINE STEVENS (D-1)<br>Phillip A. Cole, Esquire<br>Lommen & Cole<br>2850 Metro Drive<br>Suite 514<br>Minneapolis, Minn.  55402<br><br>Edward B. Lee, Esquire<br>Lee and Hinds<br>3470 South Sherman<br>Englewood, Colorado  80110 | MUSTANG AVIATION, INC.<br>L. W. Anderson, Esquire<br>3100 Fidelity Union Tower Bldg.<br>Dallas, Texas  75201 |

p. _____

| Plaintiff | Defendant |
|---|---|
| Adolph Rast et al (D-2)<br>Wm. Marshall Morgan<br>1545 Wishire Blvd<br>Los Angeles, Calif. 90017<br><br>Kreindler & Kreindler<br>See (C-1) | |

JP Form 3

p. _____

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __193__ -- __IN RE AIR CRASH DISASTER NEAR NATCHITAOCHES PARISH, LA., ON 9/20/73__

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| The Bromley Corp. d/b/a Roberts Airways | A-2 and A-2 |
| Mustang Aviation, Inc. | A-1 and A-2 |
| United States | C-1 thru C-4 |
| U.S.A. | D-1 D-2 |
| | |
| | |
| | |
| | |
| | |
| | |